### *United States District Court for the Northern District of Illinois*

Case Number: 07CV6509                     Assigned/Issued By: J. N.

Judge Name: BUCKLO                     Designated Magistrate Judge: KEYS

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

**(For Use by Fiscal Department Only)**

Amount Paid: 350_____          Receipt #: 1115649_____

Date Payment Rec'd: 11-16-07_____          Fiscal Clerk: J. N._____

---

## ISSUANCES

☑ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons          _____

☐ Citation to Discover Assets          _____

          (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

1___ Original and 1_____ copies on 11-16-07_____ as to DEFENDANT_____
                              (Date)

_____

_____