

# Sangamon County Sheriffs Office
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

**NEIL M. WILLIAMSON**
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, **Donald Schuh #4267** certify that I served this summons as follows:

☑ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number  **07 C 6509**

Name of defendant **LVMH Perfumes & Cosmetics, inc**
C/O ILL, Corp. inc.

Name of other person
Summons left with  **Holly Blankenship**

Sex (Female) Race: **White** Approx. age **20's**

Date of Service **11/27/07** Time _____

Address at which paper was served:

**801 Stevenson Dr.**

**Springfield, Il**

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

PAMELA STELLA, individually and on behalf of all others similarly situated,

        Plaintiff,

V.

LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation,

        Defendant.

CASE NUMBER: **07C 6509**

ASSIGNED JUDGE: JUDGE BUCKLO

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

~~LVMH Perfumes and Cosmetics, Inc.~~
~~c/o Illinois Corporation Service C~~
~~801 Adlai Stevenson Drive~~
~~Springfield, IL 62703~~

RECEIVED
NOV 20 2007
SHERIFF'S OFFICE
RECORD SECTION

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ben Barnow
Barnow and Associates, P.C.
1 North LaSalle Street, Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_/s/ Annette Nunez_

(By) DEPUTY CLERK

NOV 1 6 2007

DATE