U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 07-CV-6509

PAMELA STELLA, individually and on behalf of those similarly situated, Plaintiff
v.
LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant LVMH PERFUMES AND COSMETICS USA, INC.

| |
|---|
| NAME (Type or print)<br>Rachael M. Trummel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rachael M. Trummel |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg, LLP |
| STREET ADDRESS<br>200 West Madison Street, Suite 3900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER<br>6274278                                              312.629.5177 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |