U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07-CV-6509

PAMELA STELLA, individually and on behalf of those similarly situated, Plaintiff
v.
LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant LVMH PERFUMES AND COSMETICS USA, INC.

| | |
|---|---|
| NAME (Type or print) <br> Robert E. Shapiro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert E. Shapiro | |
| FIRM <br> Barack Ferrazzano Kirschbaum & Nagelberg, LLP | |
| STREET ADDRESS <br> 200 West Madison Street, Suite 3900 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03125180 | TELEPHONE NUMBER <br> (312) 984-3118 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |