## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07-CV-6509 |
| v. | ) ) | Hon. Elaine E. Bucklo |
| LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) ) | |

## DEFENDANT LVMH'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant LVMH Perfumes and Cosmetics USA, Inc. ("LVMH") respectfully moves this Court for an order extending by 30 days the time for LVMH to answer or otherwise plead to the Complaint in this action. In support of this motion, LVMH further states:

1. The Complaint in this action was filed on November 16, 2007 and served on LVMH's registered agent on or about November 27, 2007. Therefore, LVMH is due to answer or otherwise plead to the Complaint by December 17, 2007.

2. The Complaint seeks certification of a nationwide class of consumers who purchased LVMH lipstick products allegedly containing lead and asserts a variety of statutory and common law claims seeking significant monetary and injunctive relief.

3. To properly respond to the Complaint, counsel for LVMH needs additional time to investigate the allegations of the Complaint and prepare appropriate factual and legal responses thereto. Accordingly, LVMH requests a 30-day extension of time (or until January 16, 2008) to answer or otherwise plead to the Complaint.

462637_1.DOC

4. Counsel for LVMH has conferred with Plaintiff's counsel about the requested extension of time, and Plaintiff's counsel have stated they have no objection.

5. The requested extension is not sought for any improper purpose, and it will not unduly delay this action.

6. LVMH's counsel are filing their Appearances contemporaneously with this Motion.

WHEREFORE, Defendant LVMH respectfully requests that this Court grant this unopposed motion and enter an order extending the time for LVMH to answer or otherwise plead to the Complaint until January 16, 2008.

Date:  December 14, 2007            Respectfully submitted,

**LVMH PERFUMES AND COSMETICS USA, INC.**

By: s/ Robert E. Shapiro
    One of Its Attorneys

Robert E. Shapiro (Bar No. 03125180)
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM
   & NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Ph:  312.984.3100
Fax:  312.984.3150
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

462637_1.DOC

## CERTIFICATE OF SERVICE

I, Robert E. Shapiro, one of the attorneys for **LVMH PERFUMES AND COSMETICS USA, INC.**, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

| | |
|---|---|
| **Ben Barnow** <br> **Erich Paul Schork** <br> **Sharon Harris** <br> Barnow & Associates, P.C. <br> One North LaSalle Street <br> Suite 4600 <br> Chicago, IL  60602 <br> (312) 621-2000 <br> b.barnow@barnowlaw.com <br> e.schork@barnowlaw.com <br> s.harris@barnowlaw.com <br> Attorneys for Plaintiff | **Aron David Robinson** <br> Law Office of Aron D. Robinson <br> 19 South LaSalle Street <br> Suite 1300 <br> Chicago, IL  60603 <br> (312) 857-9050 <br> adroblaw@aol.com <br> Attorney for Plaintiff |
| **BY U.S. MAIL, PROPER POSTAGE PREPAID** | **BY U.S. MAIL, PROPER POSTAGE PREPAID** |
| **Lance A. Harke, P.A.** <br> **Sarah Clasby Engel, P.A.** <br> Harke & Clasby LLP <br> 155 South Miami Avenue <br> Suite 600 <br> Miami, FL  33130 <br> (305) 536-8220 <br> Attorney for Plaintiff | **Kevin Rogers** <br> Law Offices of Kevin Rogers <br> 307 North Michigan Avenue <br> Suite 305 <br> Chicago, IL  60601 <br> (312) 332-1188 <br> Attorney for Plaintiff |

s/Robert E. Shapiro

462637_1.DOC