UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation,<br><br>Defendant. | No. 07-CV-6509<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To:   See Attached Service List

   PLEASE TAKE NOTICE THAT on Tuesday, January 22, 2008 at 9:30 a.m. or as soon thereafter as possible, counsel for LVMH shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the Dirkson Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and counsel shall then and there present **DEFENDANT LMVH'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**, a copy of is being contemporaneously filed and served.

Date: January 16, 2008

Respectfully submitted,

**LVMH PERFUMES AND COSMETICS USA, INC.**

By: s/ Rachael M. Trummel
   One of Its Attorneys

Robert E. Shapiro (Bar No. 03125180))
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO
   KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Ph: 312.984.3100
Fax: 312.984.3150
Email: rob.shapiro@bfkn.com
Email: rachael.trummel@bfkn.com

## CERTIFICATE OF SERVICE

I, Rachael M. Trummel, an attorney, hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served upon the following on this date, January 16, 2007, by ECF/PACER electronic notice and by U.S. Mail as indicated:

**By ECF/PACER Electronic Notice**

Ben Barnow
Erich Paul Schork
Sharon Harris
BARNOW & ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000
Email: b.barnow@barnowlaw.com
Email: e.schork@barnowlaw.com
Email: s.harris@barnowlaw.com
*ATTORNEYS TO BE NOTICED*

Aron David Robinson
LAW OFFICE OF ARON D. ROBINSON
19 South LaSalle Street, Suite 1300
Chicago, IL 60603
(312) 857-9050
Email: adroblaw@aol.com
*ATTORNEY TO BE NOTICED*

**By U.S. Mail, Proper Postage Prepaid**

Kevin Rogers
LAW OFFICES OF KEVIN ROGERS
307 North Michigan Avenue, Suite 305
Chicago, IL 60602
(312) 621-2000
*COURTESY COPY*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
(305) 536-8220
*COURTESY COPY*

s/Rachael M. Trummel