## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07-CV-6509 |
| v. | ) ) | Hon. Elaine E. Bucklo |
| | ) | Magistrate Judge Arlander Keys |
| LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF MOTION

To:   See Attached Service List

    PLEASE TAKE NOTICE THAT on Thursday, February 7, 2008 at 9:30 a.m. or as soon thereafter as possible, counsel for LVMH shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the Dirkson Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and counsel shall then and there present **DEFENDANT LVMH PERFUMES AND COSMETICS, INC.'S MOTION TO STAY**, a copy of which is being contemporaneously filed and served.

Date:  January 31, 2008

                                           Respectfully submitted,

                                           **LVMH PERFUMES AND COSMETICS USA, INC.**

                                           By: s/ Robert E. Shapiro
                                                 One of Its Attorneys

Peter J. Barack (ARDC No. 108367)
Robert E. Shapiro (Bar No. 03125180))
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Ph:  312.984.3100
Fax: 312.984.3150
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

467874_1.DOC

## CERTIFICATE OF SERVICE

I, Robert E. Shapiro, an attorney, hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served upon the following on this date, January 31, 2008, by ECF/PACER electronic notice and by U.S. Mail as indicated:

**By ECF/PACER Electronic Notice**

Ben Barnow
Erich Paul Schork
Sharon Harris
BARNOW & ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000
Email:  b.barnow@barnowlaw.com
Email:  e.schork@barnowlaw.com
Email:  s.harris@barnowlaw.com
*ATTORNEYS TO BE NOTICED*

Aron David Robinson
LAW OFFICE OF ARON D. ROBINSON
19 South LaSalle Street, Suite 1300
Chicago, IL  60603
(312) 857-9050
Email: adroblaw@aol.com
*ATTORNEY TO BE NOTICED*

**By U.S. Mail, Proper Postage Prepaid**

Kevin Rogers
LAW OFFICES OF KEVIN ROGERS
307 North Michigan Avenue, Suite 305
Chicago, IL  60602
(312) 621-2000
*COURTESY COPY*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL  33130
(305) 536-8220
*COURTESY COPY*

        s/ Robert E. Shapiro

467874_1.DOC