UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Pamela Stella
                                          Plaintiff,
v.                                        Case No.: 1:07−cv−06509
                                          Honorable Elaine E. Bucklo
LVMH Perfumes and Cosmetics USA, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion to stay [19] is denied. Defendant's proposed motion to dismiss will be due by 3/7/08; response by 3/28/08; and any reply by 4/11/08. Target date for ruling by mail set for 5/2/08. Scheduling conference held on 2/7/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 11/20/08. Defendant shall comply with FRCP(26)(a)(2) by 12/15/08. Expert discovery to be completed by 1/15/09. Any rebuttal expert discovery to be completed by 3/3/09.Discovery ordered closed by 3/16/2009.Dispositive motions with supporting memoranda due by 4/15/2009.Status hearing set for 5/13/2008 at 09:30 AM. Parties have until 4/24/08 for Rule 26 (a) disclosures.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.