## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Pamela Stella

                                              Plaintiff,

v.                                                  Case No.: 1:07−cv−06509

                                                                      Honorable Elaine E. Bucklo

LVMH Perfumes and Cosmetics USA, Inc.

                                             Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion to reassign case 08 C 138 pending before Judge Grady to this court as a related case is granted.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.