# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number: 07-CV-6509

PAMELA STELLA, individually and on behalf of those similarly situated, Plaintiff,

v.

LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, LVMH PERFUMES AND COSMETICS USA, INC.

| | |
|---|---|
| NAME (Type or print)<br>FRANCIS A. CITERA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ FRANCIS A. CITERA | |
| FIRM<br>GREENBERG TRAURIG, LLP | |
| STREET ADDRESS<br>77 WEST WACKER DRIVE, SUITE 2500 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185263 | TELEPHONE NUMBER<br>(312) 456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |