## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) LVMH PERFUMES AND COSMETICS ) USA, INC., a New York Corporation, ) ) Defendant. ) | No. 07-CV-6509<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Arlander Keys |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on Tuesday, March 11, 2008 at 9:15 a.m. or as soon thereafter as possible, counsel for LVMH shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the Dirkson Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and counsel shall then and there present **DEFENDANT LVMH PERFUMES AND COSMETICS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS MOTION TO DISMISS**, a copy of which is being contemporaneously filed and served.

Date:  March 5, 2008

Respectfully submitted,

**LVMH PERFUMES AND COSMETICS USA, INC.**

By: s/ Rachael M. Trummel
      One of Its Attorneys

Peter J. Barack (ARDC No. 108367)
Robert E. Shapiro (Bar No. 03125180))
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM
   & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Ph:  312.984.3100
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

467874_1.DOC

## CERTIFICATE OF SERVICE

I, Rachael M. Trummel, an attorney, hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served upon the following on this date, March 5, 2008, by ECF/PACER electronic notice and by U.S. Mail as indicated:

| By ECF/PACER Electronic Notice | By U.S. Mail, Proper Postage Prepaid |
|---|---|
| Ben Barnow<br>Erich Paul Schork<br>Sharon Harris<br>BARNOW & ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>(312) 621-2000<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: s.harris@barnowlaw.com<br>*ATTORNEYS TO BE NOTICED*<br><br>Aron David Robinson<br>LAW OFFICE OF ARON D. ROBINSON<br>19 South LaSalle Street, Suite 1300<br>Chicago, IL 60603<br>(312) 857-9050<br>Email: adroblaw@aol.com<br>*ATTORNEY TO BE NOTICED* | Kevin Rogers<br>LAW OFFICES OF KEVIN ROGERS<br>307 North Michigan Avenue, Suite 305<br>Chicago, IL 60602<br>(312) 621-2000<br>*COURTESY COPY*<br><br>Lance A. Harke, P.A.<br>Sarah Clasby Engel, P.A.<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>(305) 536-8220<br>*COURTESY COPY* |

                                                                     s/ Rachael M. Trummel