## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Pamela Stella
                                          Plaintiff,
v.                                        Case No.: 1:07−cv−06509
                                          Honorable Elaine E. Bucklo
LVMH Perfumes and Cosmetics USA, Inc.
                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 10, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion for extension of time [28] until 3/14/08 to file motion to dismiss is granted. Response to motion to dismiss due by 4/4/98; and any reply by 4/18/08. Target date for ruling by mail set for 5/9/08. Status hearing set for 5/13/08 is reset for 6/17/2008 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.