IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAMELA STELLA, individually and on behalf of all others similarly situated,**   )<br>) | |
| ) | NO.   07 C 6509 |
| **Plaintiff,**   ) | |
| ) | JUDGE  BUCKLO |
| v.   ) | |
| ) | MAGISTRATE KEYS |
| **LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation,**   )<br>) | |
| ) | |
| **Defendant**   ) | |

### MOTION FOR ADDITIONAL APPEARANCE

**NOW COMES** the Plaintiff, Pamela Stella, and moves this Honorable Court to allow Kevin Rogers leave to file the additional appearance.   A copy of the appearance is attached as Exhibit A.

**WHEREFORE**, Plaintiff prays this Honorable Court allow leave of Kevin Rogers to file an additional appearance in this cause.

                      Respectfully submitted,

                       / s /     Kevin Rogers
                      Attorney for the Plaintiff

Kevin Rogers
307 N. Michigan Ave.  Suite 305
Chicago,  IL  60601
(312) 332-1188