IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAMELA STELLA**, individually and on behalf of all others similarly situated,   )<br>)<br>)<br>**Plaintiff,**   )<br>)<br>v.   )<br>)<br>**LVMH PERFUMES AND COSMETICS USA, INC.**, a New York Corporation,   )<br>)<br>**Defendant**   ) | NO.   07 C 6509<br><br>JUDGE  BUCKLO<br><br>MAGISTRATE KEYS |

### NOTICE OF MOTION

**To:**   ( See Service List )

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S MOTION FOR ADDITIONAL APPEARANCE,** a copy of which is here attached.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Bucklo, or such other Judge sitting in her stead in Room 1441, on the **2nd day of April, 2008, at 9:30 A.M.,** or as soon thereafter as counsel may be heard and then and there present said Motion.

DATED at Chicago, Illinois this 27th  day of March, 2008.

/s/        Kevin Rogers
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Kevin Rogers, an attorney, certify that I caused to be served a copy of the above and foregoing Notice and Motion to the party(ies) above named at the email address(es) above listed emailing same from rogers-law@sbcglobal.net, on March 27, 2008 before 5:00 p.m.

/s/        Kevin Rogers

Kevin Rogers   307 N. Michigan Av Chicago, IL  60601   (312) 332-1188

( SERVICE LIST - MARCH 27, 2008 )

Robert E. Shapiro / Rachael M. Trummel
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste 3900
Chicago, IL 60606
T/F: (312) 984-3100 / 3150
rob.shapiro@bfkn.com
rachael.trummel@bfkn.com


Ben Barnow / Erich Schork / Sharon Haaris
BARNOW & ASSOCIATES, P.C.
1 N. LaSalle St., Ste 4600
Chicago, IL 60602
(312) 621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
s.harris@barnowlaw.com


Aron David Robinson
LAW OFFICES OF ARON D. ROBISON
19 S. LaSalle St., Ste 1300
Chicago, IL 60601
(312) 857-9050
adroblaw@aol.com


Lance A. Harke / Sarah Clasby Engel
HARKE & CLASBY LLP
155 S. Miami Ave., Ste 600
Miami, FL 33130
(305) 536-8220
Lance Harke
E-mail Address(es):
l.harke@harkeyclasby.com