## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6509 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Stella vs. LVMH Perfumes | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file additional appearance of Kevin Rogers is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|