## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, | : |
| | : |
| Plaintiff, | No. 07 CV 6509 |
| | : |
| v. | Hon. Elaine E. Bucklo |
| | : Magistrate Judge Arlander Keys |
| LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation, | |
| | : |
| Defendant. | : |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

NOW COMES plaintiff Pamela Stella ("Plaintiff"), individually and on behalf of all others similarly situated, by and through counsel, and as Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, states as follows:

1. Plaintiff's response to Defendant's motion to dismiss ("Plaintiff's Response") is presently due on April 4, 2008. *See* Order (Bucklo, J. Mar. 10, 2008).

2. In support of its motion to dismiss, Defendant filed a twenty-six (26) page memorandum with fifteen (15) exhibits.

3. In order to respond fully to Defendant's motion, Plaintiff's counsel requests an additional 3 weeks, to on or before April 25, 2008, to file Plaintiff's Response.

4. Counsel for Defendant has been contacted and Defendant has no objection to this request for an extension of time.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss, and grant any other relief deemed just and appropriate.

Date:   April 3, 2008

                Pamela Stella, individually and on behalf
                of all others similarly situated,


                By:_/s/ Sharon Harris_____
                     One of Her Attorneys

*Attorneys for Plaintiff*:

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

Kevin Rogers
Law Offices of Kevin Rogers
307 N. Michigan Avenue, Suite 305
Chicago, IL  60601
Telephone: (312) 332-1188
Facsimile: (312) 332-0192

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

*Of Counsel for Plaintiff:*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

## Certificate of Service By Electronic Means

    The undersigned certifies that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss was caused to be served electronically this 3rd day of April 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                                                         /s/ Sharon Harris_____