IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAMELA STELLA**, individually and on behalf of all others similarly situated, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LVMH PERFUMES AND COSMETICS USA, INC.**, a New York Corporation, )<br>)<br>**Defendant** ) | NO.   07 C 6509<br><br>JUDGE  BUCKLO<br><br>MAGISTRATE KEYS |

## NOTICE OF FILING

To:   ( See Service List )

**PLEASE TAKE NOTICE** that I have filed on or about this date with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S ADDITIONAL APPEARANCE OF COUNSEL,** a copy of which is here attached.

DATED at Chicago, Illinois this 4th  day of April, 2008.


_____/s/_____Kevin Rogers_____
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Kevin Rogers, an attorney, certify that I caused to be served a copy of the within additional appearance and notice of filing to the party(ies) below named at the email address(es) below listed emailing same from rogers-law@sbcglobal.net, on April 4, 2008 before 5:00 p.m.


_____/s/_____Kevin Rogers_____


Kevin Rogers
Attorney at Law
307 N. Michigan Av   Suite 305
Chicago IL  60601
(312) 332-1188

(Service List  –   April, 2008)


Robert E. Shapiro / Rachael M. Trummel
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Ste 3900
Chicago, IL 60606
T/F: (312) 984-3100 / 3150
rob.shapiro@bfkn.com
rachael.trummel@bfkn.com


Ben Barnow / Erich Schork / Sharon Haaris
BARNOW & ASSOCIATES, P.C.
1 N. LaSalle St., Ste 4600
Chicago, IL 60602
(312) 621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
s.harris@barnowlaw.com


Aron David Robinson
LAW OFFICES OF ARON D. ROBISON
19 S. LaSalle St., Ste 1300
Chicago, IL 60601
(312) 857-9050
adroblaw@aol.com

Lance A. Harke / Sarah Clasby Engel
HARKE & CLASBY LLP
155 S. Miami Ave., Ste 600
Miami, FL 33130
(305) 536-8220