UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Pamela Stella

                                  Plaintiff,

v.                                                                Case No.: 1:07−cv−06509
                                                                         Honorable Elaine E. Bucklo

LVMH Perfumes and Cosmetics USA, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's unopposed motion for extension of time to file response/reply regarding MOTION by Defendant LVMH Perfumes and Cosmetics USA, Inc. to dismiss[31] is granted. Accordingly, responses due by 4/25/2008; and any replies by 5/9/2008.Target date for ruling by mail reset for 5/30/2008.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.