**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, : | |
| : | |
| Plaintiff, : | No. 07 CV 6509 |
| : | |
| v. : | Hon. Elaine E. Bucklo |
| : | Magistrate Judge Arlander Keys |
| LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation, : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS IN EXCESS OF 15 PAGES**

NOW COMES plaintiff Pamela Stella ("Plaintiff"), individually and on behalf of all others similarly situated, by and through counsel, and as Plaintiff's Unopposed Motion for Leave to File Opposition to Defendant's Motion to Dismiss in Excess of 15 Pages, states as follows:

1. On March 18, 2008, defendant LVMH Perfumes and Cosmetics, Inc. ("Defendant") filed a Memorandum in Support of Defendant LVMH Perfumes and Cosmetics, Inc.'s Motion to Dismiss ("Defendant's Memorandum") with the Court.

2. Defendant's Memorandum is 26 pages long and includes 15 exhibits totaling 225 pages.

3. In order to fully respond to Defendant's Memorandum, despite counsels' diligent efforts to comply with the Court's 15 page limit, Plaintiff's Opposition is 30 pages in length. A copy of Plaintiff's Opposition is attached hereto as Exhibit 1.

4. Plaintiff has conferred with defense counsel regarding this request and Defendant has agreed not to oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for Leave to File Opposition to Defendant's Motion to Dismiss in Excess of 15 Pages, and grant any other relief deemed just and appropriate.

Date:   April 25, 2008

                          Pamela Stella, individually and on behalf
                          of all others similarly situated,


                          By:_/s/ Ben Barnow_____
                                One of Her Attorneys

*Attorneys for Plaintiff:*

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

Kevin Rogers
Law Offices of Kevin Rogers
307 N. Michigan Avenue, Suite 305
Chicago, IL  60601
Telephone: (312) 332-1188
Facsimile: (312) 332-0192

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

*Of Counsel for Plaintiff:*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

**Certificate of Service By Electronic Means**

    The undersigned certifies that Plaintiff's Unopposed Motion for Leave to File Opposition to Defendant's Motion to Dismiss in Excess of 15 Pages was caused to be served electronically this 25th day of April 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                                                /s/_Ben Barnow_____