**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated,  :  :  Plaintiff, :  :  v. :  :  LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation, :  :  Defendant. : | No. 07 CV 6509  Hon. Elaine E. Bucklo  Magistrate Judge Arlander Keys |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION**

    PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:30 a.m., we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Unopposed Motion for Leave to File Opposition to Defendant's Motion to Dismiss in Excess of 15 Pages, a copy of which has been electronically filed and served upon you through the ECF system.


Date: April 25, 2008

                                              Pamela Stella, individually and on behalf
                                              of all others similarly situated,


                                              By: /s/ Ben Barnow_____
                                                  One of Her Attorneys

*Attorneys for Plaintiff:*

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

Kevin Rogers
Law Offices of Kevin Rogers
307 N. Michigan Avenue, Suite 305
Chicago, IL  60601
Telephone: (312) 332-1188
Facsimile: (312) 332-0192

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

*Of Counsel for Plaintiff:*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

## Certificate of Service By Electronic Means

    The undersigned certifies that the Plaintiff's Notice of Motion was caused to be served electronically this 25th day of April 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                                                                 /s/ Ben Barnow_____