**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | No. 07-CV-6509 |
| v. ) ) | Hon. Elaine E. Bucklo |
| ) | Magistrate Judge Arlander Keys |
| LVMH PERFUMES AND COSMETICS ) USA, INC., a New York Corporation, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **THURSDAY, MAY 15, 2008 AT 9:30 A.M.** or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in **COURTROOM 1441**, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **DEFENDANT LVMH'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**, a copy of which is hereby served upon you.

Date:  May 9, 2008

Respectfully submitted,

**LVMH PERFUMES AND COSMETICS USA, INC.**

By: s/ Rachael M. Trummel
    One of Its Attorneys

Robert E. Shapiro (Bar No. 3125180))
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM &
   NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Ph: 312.984.3100
Fax: 312.984.3150
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

463379_1.DOC

<u>**CERTIFICATE OF SERVICE**</u>

I, Rachael M. Trummel, one of the attorneys for Defendant **LVMH PERFUMES AND COSMETICS USA, INC.**, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

**Ben Barnow**
**Erich Paul Schork**
**Sharon Harris**
Barnow & Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000
Email:  b.barnow@barnowlaw.com
Email:  e.schork@barnowlaw.com
Email:  s.harris@barnowlaw.com
*ATTORNEYS TO BE NOTICED*

**Aron David Robinson**
Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, IL  60603
(312) 857-9050
Email: adroblaw@aol.com
*ATTORNEY TO BE NOTICED*

<u>**By U.S. Mail, Proper Postage Prepaid**</u>

**Kevin Rogers**
Law Offices of Kevin Rogers
307 North Michigan Avenue, Suite 305
Chicago, IL  60602
(312) 621-2000
*COURTESY COPY*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL  33130
(305) 536-8220
*COURTESY COPY*

s/ Rachael M. Trummel