UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation,<br><br>Defendant. | No. 07-CV-6509<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on Wednesday, June 4, 2008 at 9:30 a.m. or as soon thereafter as possible, counsel for LVMH shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the Dirkson Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and counsel shall then and there present *Defendant LVMH Perfumes and Cosmetics, Inc.'s Unopposed Motion for Leave to File Reply Memorandum in Excess of 15 Pages in Support of Its Motion to Dismiss*, a copy of which is being contemporaneously filed and served.

Date:  May 30, 2008

Respectfully submitted,

LVMH PERFUMES AND COSMETICS, INC.

By: s/ Robert E. Shapiro
    One of Its Attorneys

Peter J. Barack (ARDC No. 108367)
Robert E. Shapiro (Bar No. 03125180))
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM
   & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Ph:  312.984.3100
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

492634_1 (2).DOC

## CERTIFICATE OF SERVICE

I, Robert E. Shapiro, an attorney, hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be served upon the following on this date, May 30, 2008, by ECF/PACER electronic notice and by U.S. Mail as indicated:

**By ECF/PACER Electronic Notice**

Ben Barnow
Sharon Harris
Erich Paul Schork
BARNOW & ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
(312) 621-2000
Email: b.barnow@barnowlaw.com
Email: s.harris@barnowlaw.com
Email: e.schork@barnowlaw.com
*ATTORNEYS TO BE NOTICED*

Aron David Robinson
LAW OFFICE OF ARON D. ROBINSON
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
(312) 857-9050
Email: adroblaw@aol.com
*ATTORNEY TO BE NOTICED*

**By U.S. Mail, Proper Postage Prepaid**

Kevin Rogers
LAW OFFICES OF KEVIN ROGERS
307 North Michigan Avenue, Suite 305
Chicago, Illinois 60602
(312) 621-2000
*COURTESY COPY*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
(305) 536-8220
*COURTESY COPY*

                                          s/ Robert E. Shapiro