## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07-CV-6509 |
| v. | ) ) ) | Hon. Elaine E. Bucklo<br>Magistrate Judge Arlander Keys |
| LVMH PERFUMES AND COSMETICS USA, INC., a New York Corporation, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on **MONDAY, JULY 28, 2008 AT 9:30 A.M.** or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in **COURTROOM 1441**, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **DEFENDANT LVMH PERFUMES AND COSMETICS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**, a copy of which is hereby served upon you.

Date:  July 22, 2008                                Respectfully submitted,

                                                              **LVMH PERFUMES AND COSMETICS USA, INC.**

                                                              By: s/ Rachael M. Trummel
                                                                   One of Its Attorneys

Robert E. Shapiro (Bar No. 3125180)
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Ph: 312.984.3100
Fax: 312.984.3150
Email:  rob.shapiro@bfkn.com
Email:  rachael.trummel@bfkn.com

463379_1.DOC

<u>**CERTIFICATE OF SERVICE**</u>

I, Rachael M. Trummel, one of the attorneys for Defendant **LVMH PERFUMES AND COSMETICS USA, INC.**, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

| | |
|---|---|
| **Ben Barnow**<br>**Erich Paul Schork**<br>**Sharon Harris**<br>Barnow & Associates, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>(312) 621-2000<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: s.harris@barnowlaw.com<br>*ATTORNEYS TO BE NOTICED*<br><br>**Aron David Robinson**<br>Law Office of Aron D. Robinson<br>19 South LaSalle Street, Suite 1300<br>Chicago, IL 60603<br>(312) 857-9050<br>Email: adroblaw@aol.com<br>*ATTORNEY TO BE NOTICED* | <u>**By U.S. Mail, Proper Postage Prepaid**</u><br><br>**Kevin Rogers**<br>Law Offices of Kevin Rogers<br>307 North Michigan Avenue, Suite 305<br>Chicago, IL 60602<br>(312) 621-2000<br>*COURTESY COPY*<br><br>**Lance A. Harke, P.A.**<br>**Sarah Clasby Engel, P.A.**<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>(305) 536-8220<br>*COURTESY COPY* |

s/ Rachael M. Trummel