UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                    )
PAMELA STELLA, individually and     )
on behalf of all others similarly situated, )
                                    )
              Plaintiff,            )    No. 07-CV-6509
                                    )
      v.                            )    Hon. Elaine E. Bucklo
                                    )    Magistrate Judge Arlander Keys
LVMH PERFUMES AND COSMETICS         )
USA, INC., a New York Corporation,  )
                                    )
              Defendant.            )
_____)

## NOTICE OF MOTION

TO:    See Attached Service List

      PLEASE TAKE NOTICE that on **WEDNESDAY, AUGUST 6, 2008 AT 9:30 A.M.** or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in **COURTROOM 1441**, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **DEFENDANT LVMH PERFUMES AND COSMETICS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**, a copy of which is hereby served upon you.

Date: July 29, 2008                    Respectfully submitted,

                                        **LVMH PERFUMES AND COSMETICS USA, INC.**

                                        By: s/ Rachael M. Trummel
                                            One of Its Attorneys

Robert E. Shapiro (Bar No. 3125180)
Rachael M. Trummel (Bar No. 6274278)
BARACK FERRAZZANO KIRSCHBAUM &
  NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Ph: 312.984.3100
Fax: 312.984.3150
Email: rob.shapiro@bfkn.com
Email: rachael.trummel@bfkn.com

463379_1.DOC

## CERTIFICATE OF SERVICE

I, Rachael M. Trummel, one of the attorneys for Defendant **LVMH PERFUMES AND COSMETICS USA, INC.**, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be served upon the following according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

| | |
|---|---|
| **Ben Barnow** <br> **Erich Paul Schork** <br> **Sharon Harris** <br> Barnow & Associates, P.C. <br> One North LaSalle Street, Suite 4600 <br> Chicago, IL  60602 <br> (312) 621-2000 <br> Email:  b.barnow@barnowlaw.com <br> Email:  e.schork@barnowlaw.com <br> Email:  s.harris@barnowlaw.com <br> *ATTORNEYS TO BE NOTICED* <br><br> **Aron David Robinson** <br> Law Office of Aron D. Robinson <br> 19 South LaSalle Street, Suite 1300 <br> Chicago, IL  60603 <br> (312) 857-9050 <br> Email: adroblaw@aol.com <br> *ATTORNEY TO BE NOTICED* | **By U.S. Mail, Proper Postage Prepaid** <br><br> **Kevin Rogers** <br> Law Offices of Kevin Rogers <br> 307 North Michigan Avenue, Suite 305 <br> Chicago, IL  60602 <br> (312) 621-2000 <br> *COURTESY COPY* <br><br> **Lance A. Harke, P.A.** <br> **Sarah Clasby Engel, P.A.** <br> Harke & Clasby LLP <br> 155 South Miami Avenue, Suite 600 <br> Miami, FL  33130 <br> (305) 536-8220 <br> *COURTESY COPY* |

                                                    s/ Rachael M. Trummel

463379_1.DOC