**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | | |
| | : | *07 CV 6509* |
| v. | | **CLASS ACTION COMPLAINT** |
| | : | **JURY TRIAL DEMANDED** |
| LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation, | : | |
| Defendant. | : | |

**Notice of Change of Firm Address**

Please be advised that the address of the Law Office of Aron D. Robinson has changed:

The new address is:

> Law Office of Aron D. Robinson
> 19 S. LaSalle St.
> Suite 1200
> Chicago, IL 60603

Note only the suite number has changed from 1300 to 1200. All other information (Phone fax and e-mail) remain the same. Please mark your files and service lists accordingly.

_____
Aron Robinson

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle, Suite 1200
Chicago, IL 60603
(312) 857-9050
Firm No. 35546