**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PAMELA STELLA, individually and on behalf of all others similarly situated, : : Plaintiff, : -against- : LVMH PERFUMES AND COSMETICS USA INC., a New York Corporation, : Defendant. : | *07 CV 6509* HON. ELAINE E. BUCKLO MAGISTRATE JUDGE ARLANDER KEYS JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, September 3, 2008, at 9:30 a.m., we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Strike Affirmative Defenses in Defendant LVMH Perfumes and Cosmetics, Inc.'s Answer and Affirmative Defenses to Plaintiff's Class Action Complaint.

Dated: August 27, 2008              Respectfully submitted,

By:  /s/  Ben Barnow
     Ben Barnow
     Sharon Harris
     Erich Schork
     Barnow and Associates, P.C.
     One North LaSalle Street, Suite 4600
     Chicago, IL 60602
     Telephone: (312) 621-2000
     Facsimile: (312) 641-5504

     *Attorneys for Plaintiff*

Kevin Rogers
Law Offices of Kevin Rogers
307 N. Michigan Avenue, Suite 305
Chicago, IL   60601
Telephone: (312) 332-1188
Facsimile: (312) 332-0192

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

*Of Counsel:*

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

**Certificate of Service By Electronic Means**

  I, Ben Barnow, one of the attorneys for Plaintiff, hereby certify that the foregoing Notice of Motion was caused to be served electronically this 27th day of August, 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


             /s/ Ben Barnow